**LEWIS BRISBOIS BISGAARD & SMITH llp**
NORA M. NACHTSHEIM, SB# 221618
  E-Mail: Nora.Nachtsheim@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Plaintiff
*MAYFLOWER TRANSIT, LLC*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC,<br><br>           PLAINTIFF,<br><br>      VS.<br><br>DAN TERRY,<br><br>           DEFENDANT. | Case No. 2:17-cv-00961-JAM-CKD<br><br>**ORDER TO EXTEND TIME FOR PLAINTIFF TO SERVE DEFENDANT** |

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED:

That the deadline for Mayflower Transit, LLC to serve Defendant Dan Terry is extended an additional 180 days, up to and including January 30, 2018.

DATED: 8/2/2017                    /s/ John A. Mendez_____

                                   U. S. District Court Judge